McGREGOR W. SCOTT
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2793

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MOSHE STEIN,<br><br>　　　　Defendant. | CR. NO. S-03-454 WBS<br><br>MOTION TO DISMISS<br>INDICTMENT; [~~PROPOSED~~] ORDER |

Plaintiff United States of America, by and through its undersigned counsel, pursuant to Rule 48(a), Fed. R. Crim. P., submits this motion to dismiss without prejudice the indictment filed in this case against MOSHE STEIN on October 22, 2003. The defendant has pled to state charges and has been sentenced.

DATED: March 8, 2007　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　By:　/s/ Matthew C. Stegman
　　　　　　　　　　　　　　MATTHEW C. STEGMAN
　　　　　　　　　　　　　　Assistant U.S. Attorney

**IT IS SO ORDERED.**

DATED: March 8, 2007

　　　　　　　　　　　　　　_/s/ William B. Shubb_
　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE